## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                Case No. 06-CR-21

TERESA TURLEY,

        Defendant.

## ORDER GRANTING GOVERNMENT'S MOTION TO ADJOURN TRIAL DATE, TOLLING TIME UNDER THE SPEEDY TRIAL ACT, SCHEDULING FINAL PRETRIAL CONFERENCE AND JURY TRIAL

The court has considered the Government's Motion to Adjourn Trial Date, filed June 1, 2006. The defendant joins the request. The parties ask the court to "reopen the pretrial motion schedule and allow the parties to brief the legal issue of the proper elements of the offense and proposed jury instructions as well as a motion to dismiss for failure to allege an offense." (Gov.'s Br. 1.) Further, "[b]ased upon the court's earlier discussions and comments in related cases, the parties feel the case can be decided on legal briefs." (*Id.*). Finally, the defendant's attorney has stipulated that the defendant has agreed to toll further the Speedy Trial Act's 70-day time period.

The court finds that adjournment of the trial scheduled June 5, 2006, will serve the ends of justice and that adjournment outweighs the public's interest, as well as the parties' interest, in a speedy trial. Therefore,

**IT IS ORDERED** that the period of delay resulting from the government's uncontested motion to adjourn the trial is excludable and that the running of time under the Speedy Trial Act is tolled, in accordance with 18 U.S.C. § 3161(h)(8)(A).

**IT IS FURTHER ORDERED** that the parties submit simultaneous briefs on the above mentioned issues on or before **June 16, 2006**.

**IT IS FURTHER ORDERED** that the jury trial in this case is rescheduled to Monday, **August 21, 2006, at 8:30 a.m.**, in Courtroom 222, U. S. Courthouse, 517 East Wisconsin Ave., Milwaukee, Wisconsin.

**IT IS FURTHER ORDERED** that the defendant appear at a pretrial conference scheduled for Friday, **August 11, 2006, at 10:30 a.m.**, to address any remaining issues and possible waiver of her right to a jury trial.

Dated at Milwaukee, Wisconsin, this 6th day of June, 2006.

BY THE COURT:

s/C. N. Clevert, Jr.
C. N. CLEVERT, JR.
U. S. District Judge